# Case Docket Entries

CC-05-2021-C-74

| | | | | |
|---|---|---|---|---|
| Court: | **Circuit** | County: | **05 - Brooke** | Created Date: **11/3/2021** | Security Level: **Public** |
| Judge: | **Ronald E. Wilson** | Case Type: **Civil** | | Case Sub-Type: **Real Property** | Status: **Open** |

Related Cases:

Style: **Richard D Dillinger v. Petroleum Fuel and Terminal Company**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 11/3/2021 3:29:35 PM | E-Filed | | Complaint |
| | 1-1 11/3/2021 | Civil Case Information Statement | | |
| | 1-2 11/3/2021 | Supporting Document - CCIS | | |
| | 1-3 11/3/2021 | Complaint - Complaint in Civil Action | | |
| | 1-4 11/3/2021 | Transmittal | | |
| | 1-5 11/3/2021 | Summons | | |
| 2 | 11/3/2021 3:29:35 PM | Judge Assigned | J-15001 | Ronald E. Wilson |
| 3 | 11/3/2021 3:29:35 PM | Party Added | P-001 | Richard D Dillinger |
| 4 | 11/3/2021 3:29:35 PM | Party Added | P-002 | Michelle L Dillinger |
| 5 | 11/3/2021 3:29:35 PM | Party Added | D-001 | Petroleum Fuel and Terminal Company |
| 6 | 11/3/2021 3:29:35 PM | Party Added | D-002 | Apex Oil Company |
| 7 | 11/3/2021 3:29:35 PM | Party Added | D-003 | Central Point Terminal J&W, LLC |
| 8 | 11/3/2021 3:29:35 PM | Party Added | D-004 | Central Point Terminal Company, LLC |
| 9 | 11/3/2021 3:29:35 PM | Party Added | D-005 | John Doe(s) |
| 10 | 11/3/2021 3:29:35 PM | Attorney Listed | P-001 | A-7120 - James A. Villanova |
| 11 | 11/3/2021 3:29:35 PM | Attorney Listed | P-002 | A-7120 - James A. Villanova |
| 12 | 11/3/2021 3:29:35 PM | Service Requested | D-001 | Plaintiff - Secretary of State |
| 13 | 11/3/2021 3:29:35 PM | Service Requested | D-002 | Plaintiff - Secretary of State |
| 14 | 11/3/2021 3:29:35 PM | Service Requested | D-003 | Plaintiff - Secretary of State |
| 15 | 11/3/2021 3:29:35 PM | Service Requested | D-004 | Plaintiff - Secretary of State |
| 16 | 11/3/2021 3:29:35 PM | Service Requested | D-005 | No Service |
| 17 | 12/20/2021 11:31:17 AM | Other | | SUMMONS & COMPLAINT SENT TO SECRETARY OF STATE FOR SERVICE ON PETROLEUM FUEL & TERMINAL COMPANY, APEX OIL CO., CENTRAL POINT TERMINAL J & W, LLC & CENTRAL POINT TERMINAL COMPANY, LLC |
| 18 | 1/3/2022 11:17:30 AM | E-Docketed | | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF CENTER POINT TERMINAL J&W,LLC |
| | 18-1 1/3/2022 | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF CENTER POINT TERMINAL J&W, LLC 12/22/21 | | |
| | 18-2 1/3/2022 | Transmittal | | |
| 19 | 1/3/2022 11:25:21 AM | E-Docketed | | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF CENTER POINT TERMINAL COMPANY, LLC 12/22/21 |
| | 19-1 1/3/2022 | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF CENTER POINT TERMINAL COMPANY, LLC ON 12/22/21 | | |
| | 19-2 1/3/2022 | Transmittal | | |
| 20 | 1/3/2022 11:33:11 AM | E-Docketed | | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF APEX OIL COMPANY, INC., 12/22/21 |

**EXHIBIT**

A

# Case Docket Entries

CC-05-2021-C-74

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| | 20-1  1/3/2022 | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF APEX OIL COMPANY, INC., 12/22/21 | | |
| | 20-2  1/3/2022 | Transmittal | | |
| 21 | 1/3/2022 11:41:12 AM | E-Docketed | | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF PETROLEUM FUEL & TERMINAL COMPANY ON 12/22/21 |
| | 21-1  1/3/2022 | Service Return - SUMMONS & COMPLAINT RETURNED FROM THE SECRETARY OF STATE'S OFFICE/ACCEPTED SERVICE ON BEHALF OF PETROLEUM FUEL & TERMINAL COMPANY ON 12/22/21 | | |
| | 21-2  1/3/2022 | Transmittal | | |

 CT Corporation

**Service of Process Transmittal**
12/27/2021
CT Log Number 540790912

**TO:** Mary Hockle
Apex Oil Company, Inc.
8235 Forsyth Blvd Ste 400
Clayton, MO 63105-1644

**RE:** **Process Served in West Virginia**

**FOR:** Center Point Terminal Company, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RICHARD D DILLINGER and MICHELLE L. DILLINGER, his wife // To: Center Point Terminal Company, LLC |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CC052021C74 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/27/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Mary Hockle  mhockle@apexoil.com |
| | Email Notification,  Jordan Federko  jfederko@apexoil.com |
| | Email Notification,  Christina LeGrand  clegrand@apexoil.com |
| | Email Notification,  Ashley Schuerman  aschuerman@apexoil.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>5098 Washington St. W. Ste. 407<br>Charleston, WV 25313<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



CERTIFIED MAIL



US POSTAGE PITNEY BOWES

ZIP 25305 $ 007.36
02 4W
0000377395 DEC 23 2021

**SUMMONS**



E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Central Point Terminal Company, LLC, 5098 Washington Street W, Ste. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR
DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR
HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
| --- | --- |
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Complaint to

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to

_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| Date | Server's Signature |
| --- | --- |



IN THE CIRCUIT COURT OF BROOKE COUNTY,
WEST VIRGINIA

RICHARD D. DILLINGER, and          )        Civil Division
MICHELLE L. DILLINGER, his wife,   )
                                   )        Case No.:
            Plaintiffs,            )
                                   )
      v.                           )
                                   )
PETROLEUM FUEL & TERMINAL          )
COMPANY, APEX OIL COMPANY, INC.,   )
CENTER POINT TERMINAL J & W,       )
LLC, CENTER POINT TERMINAL         )
COMPANY, LLC, and JOHN DOE(S),     )
                                   )
            Defendants.            )
                                   )

## COMPLAINT IN CIVIL ACTION

AND NOW, come the Plaintiffs, Richard D. Dillinger, and Michelle L. Dillinger,

his wife, by and through their undersigned attorneys, James A. Villanova, Esquire,

Michael E. Metro, Esquire. and Villanova Law Offices, P.C., and avers the following:

1.     Plaintiff, Richard D. Dillinger, is an adult individual currently residing at

12660 Goshen Road, Salem, Ohio 44460.

2.     Plaintiff, Michelle L. Dillinger, is an adult individual currently residing at

12660 Goshen Road, Salem, Ohio 44460.

3.     Defendant, Petroleum Fuel and Terminal Company, is a corporation which

factually and systematically conducts and transacts business within Brooke County,

West Virginia thereby purposely availing themselves to the privileges and benefits of

conducting business within the State of West Virginia.  Defendant, Petroleum Fuel and

Terminal Company maintains a registered address c/o CT Corporation System, 5098

Washington Street W STE 407, Charleston, West Virginia 25313-1561.  At all times

relevant and material hereto, the events described herein occurred at Defendant, Petroleum Fuel and Terminal Company's, crude oil storage facility located at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062.

4.    Defendant, Apex Oil Company, Inc., is a corporation which factually and systematically conducts, and transacts business within Brooke County, West Virginia thereby purposely availing themselves of the privileges and benefits of conducting business within the State of West Virginia. Defendant, Apex Oil Company, Inc., maintains a registered address of c/o CT Corporation System, 5098 Washington Street W STE 407, Charleston, West Virginia 25313-1561. At all times relevant and material hereto, the events described herein occurred at Defendants crude oil storage facility at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062.

5.    Defendant, Central Point Terminal J&W, LLC, is a corporation which factually and systematically conducts, and transacts business within Brooke County, West Virginia thereby purposely availing themselves of the privileges and benefits of conducting business within the State of West Virginia. Defendant, Central Point Terminal J&W, LLC, maintains a registered address of c/o CT Corporation System, 5098 Washington Street W STE 407, Charleston, West Virginia 25313-1561. At all times relevant and material hereto, the events described herein occurred at Defendants crude oil storage facility at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062.

6.    Defendant, Central Point Terminal Company, LLC, is a corporation which factually and systematically conducts, and transacts business within Brooke County, West Virginia thereby purposely availing themselves of the privileges and benefits of conducting business within the State of West Virginia. Defendant, Central Point Terminal Company, LLC, maintains a registered address of c/o CT Corporation System,

5098 Washington Street WSTE 407, Charleston, West Virginia 25313-1561. At all times relevant and material hereto, the events described herein occurred at Defendants crude oil storage facility at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062.

7.     Defendant(s) John Doe(s) are any and all unknown persons, associations, corporations or any other entity that committed any and all acts, either through itself or through its agents, or employees, or may be the correctly named Defendants of either Petroleum Fuel & Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal Company, LLC and/or Apex Oil Company, Inc., the acts and omissions of Defendants, Petroleum Fuel & Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal Company, LLC and/or Apex Oil Company, Inc., throughout this Complaint are also identified as the acts or omissions of the John Doe(s).

8.     At all times relevant herein, Plaintiff, Richard D. Dillinger, was a non-trespasser, business invitee, who was delivering a load of crude oil to the aforesaid crude oil storage facility located at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062, and was without contributory negligence, comparative negligence or other wrongful conduct and he was using ordinary and reasonable care.

**Statement of Facts**

9.     At all times relevant to this action, the Defendants, Petroleum Fuel & Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal Company, LLC, Apex Oil Company, Inc. and/or John Doe(s), owned and/or controlled the crude oil storage facility located at 3048 Birch Drive, Weirton, Brooke County, West Virginia 26062 also known as Apex Terminal.

10.     On or about December 6, 2019, at the premises located at 3048 Birch Drive, Weirton, Brooke County, West Virginia, 26062, Defendants, Petroleum Fuel &

Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal

Company, LLC, Apex Oil Company, Inc. and/or John Doe(s) caused the Plaintiff,

Richard D. Dillinger, to fall to the ground violently and with great force severely and

permanently injuring himself.

11.　On and prior to December 6, 2019, there existed adjacent to the loading

dock at the aforesaid Apex Terminal located at 3048 Birch Drive, Weirton, Brooke

County, West Virginia 26062, a dangerous, unsafe and hazardous condition created by a

pothole or hole made of loose, dark gravel in the roadway adjacent to the loading dock.

### COUNT I:　NEGLIGENCE

### _Richard D. Dillinger v. Petroleum Fuel & Terminal Company_

12.　Paragraphs 1 through 11 are incorporated by reference.

13.　Defendant, Petroleum Fuel & Terminal Company, was negligent, careless,

grossly negligent and reckless by among other things:

a.　In failing to properly inspect, repair and maintain the surface of the
aforesaid delivery roadway adjacent to the loading dock of the Apex
Terminal and to keep the same free from dangerous conditions,
including loose black gravel, which was subject to forming holes or
potholes in the aforesaid roadway;

b.　In creating and allowing a dangerous condition, to wit, a pothole or
hole in the delivery roadway adjacent to the loading dock at the
aforesaid Apex Terminal, which Defendant knew, or should have
known, was a falling hazard for oil delivery drivers such as Plaintiff
walking thereon;

c.　In failing to correct the situation caused by a hole or pothole formed
in the loose black gravel of the delivery roadway adjacent to the
loading dock of the aforesaid Apex Terminal which would have
prevented the Plaintiff from falling to the surface of the aforesaid
delivery roadway;

d.　In failing to provide a safe pathway around the dangerous
condition, namely, a hole or pothole of loose black gravel located in

the delivery roadway adjacent to the loading dock of Defendant Apex Terminal;

e. In failing to post signage or cordon off the affected area alerting those individuals, such as Plaintiff, who delivered crude oil to the aforesaid Apex Terminal of the condition of the aforesaid delivery roadway and;

f. In failing to do all necessary acts to provide for the Plaintiff's safety.

14.    Said negligence, carelessness, gross negligence and/or recklessness of Defendant was a direct and proximate cause of Plaintiff's fall and resulting injury and damages.

15.    As a direct and proximate result of Defendant's negligence, carelessness, gross negligence and/or recklessness, Plaintiff, Richard D. Dillinger, suffered serious permanent physical injuries, mental anguish, lost wages, loss of earning capacity and loss of capacity to enjoy life and will continue to suffer said damages in the future.

WHEREFORE, the above-described conduct of Defendant, Petroleum Fuel & Terminal Company, has directly and proximately caused injury to Plaintiff, Richard D. Dillinger, and the Plaintiff demands judgment against the Defendant, Petroleum Fuel & Terminal Company, jointly and severally, for the following relief and damages:

a.    Compensatory damages for past, present and future medical and life care expenses, lost wages, loss of earning capacity and all other special damages and loss of services in a fair and just amount determined by a jury;

b.    General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, loss of society, service and companionship, loss of enjoyment of life and emotional distress in a fair and just amount determined by a jury;

c.    Pre-judgment and post-judgment interest;

d.    Costs and attorney fees expended in this action; and

e.    Any other further general or specific relief which the Court or jury may deem just or proper.

A JURY TRIAL IS DEMANDED

## COUNT II: NEGLIGENCE

### *Richard D. Dillinger v. Apex Oil Company, Inc.*

16.    Paragraphs 1 through 15 are incorporated by reference.

17.    Defendant, Apex Oil Company, Inc., was negligent, careless, grossly negligent and reckless by among other things:

a.    In failing to properly inspect, repair and maintain the surface of the aforesaid delivery roadway adjacent to the loading dock of the Apex Terminal and to keep the same free from dangerous conditions, including loose black gravel, which was subject to forming holes or potholes in the aforesaid roadway;

b.    In creating and allowing a dangerous condition, to wit, a pothole or hole in the delivery roadway adjacent to the loading dock at the aforesaid Apex Terminal, which Defendant knew, or should have known, was a falling hazard for oil delivery drivers such as Plaintiff walking thereon;

c.    In failing to correct the situation caused by a hole or pothole formed in the loose black gravel of the delivery roadway adjacent to the loading dock of the aforesaid Apex Terminal which would have prevented the Plaintiff from falling to the surface of the aforesaid delivery roadway;

d.    In failing to provide a safe pathway around the dangerous condition, namely, a hole or pothole of loose black gravel located in the delivery roadway adjacent to the loading dock of Defendant Apex Terminal;

e.    In failing to post signage or cordon off the affected area alerting those individuals such as Plaintiff who delivered crude oil to the aforesaid Apex Terminal of the condition of the aforesaid delivery roadway and;

f.    In failing to do all necessary acts to provide for the Plaintiff's safety.

18.   Said negligence, carelessness, gross negligence and/or recklessness of Defendant was a direct and proximate cause of Plaintiff's fall and resulting injury and damages.

19.   As a direct and proximate result of Defendant's negligence, carelessness, gross negligence and/or recklessness, Plaintiff, Richard D. Dillinger, suffered serious permanent physical injuries, mental anguish, lost wages, loss of earning capacity and loss of capacity to enjoy life and will continue to suffer said damages in the future.

WHEREFORE, the above-described conduct of Defendant, Apex Oil Company, Inc., has directly and proximately caused injury to Plaintiff, Richard D. Dillinger, and the Plaintiff demands judgment against the Defendant, Apex Oil Company, Inc., jointly and severally, for the following relief and damages:

a.   Compensatory damages for past, present and future medical and life care expenses, lost wages, loss of earning capacity and all other special damages and loss of services in a fair and just amount determined by a jury;

b.   General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, loss of society, service and companionship, loss of enjoyment of life and emotional distress in a fair and just amount determined by a jury;

c.   Pre-judgment and post-judgment interest;

d.   Costs and attorney fees expended in this action; and

e.   Any other further general or specific relief which the Court or jury may deem just or proper.

**A JURY TRIAL IS DEMANDED**

## COUNT III: NEGLIGENCE

### *Richard D. Dillinger v. Center Point Terminal J&W, LLC*

20.   Paragraphs 1 through 19 are incorporated by reference.

21.    Defendant, Center Point Terminal J&W, LLC, was negligent, careless, grossly negligent and reckless by among other things:

a.    In failing to properly inspect, repair and maintain the surface of the aforesaid delivery roadway adjacent to the loading dock of the Apex Terminal and to keep the same free from dangerous conditions, including loose black gravel, which was subject to forming holes or potholes in the aforesaid roadway;

b.    In creating and allowing a dangerous condition, to wit, a pothole or hole in the delivery roadway adjacent to the loading dock at the aforesaid Apex Terminal, which Defendant knew, or should have known, was a falling hazard for oil delivery drivers such as Plaintiff walking thereon;

c.    In failing to correct the situation caused by a hole or pothole formed in the loose black gravel of the delivery roadway adjacent to the loading dock of the aforesaid Apex Terminal which would have prevented the Plaintiff from falling to the surface of the aforesaid delivery roadway;

d.    In failing to provide a safe pathway around the dangerous condition, namely, a hole or pothole of loose black gravel located in the delivery roadway adjacent to the loading dock of Defendant Apex Terminal;

e.    In failing to post signage or cordon off the affected area alerting those individuals such as Plaintiff who delivered crude oil to the aforesaid Apex Terminal of the condition of the aforesaid delivery roadway and;

f.    In failing to do all necessary acts to provide for the Plaintiff's safety.

22.    Said negligence, carelessness, gross negligence and/or recklessness of Defendant was a direct and proximate cause of Plaintiff's fall and resulting injury and damages.

23.    As a direct and proximate result of Defendant's negligence, carelessness, gross negligence and/or recklessness, Plaintiff, Richard D. Dillinger, suffered serious permanent physical injuries, mental anguish, lost wages, loss of earning capacity and loss of capacity to enjoy life and will continue to suffer said damages in the future.

WHEREFORE, the above-described conduct of Defendant, Center Point Terminal J&W, LLC, has directly and proximately caused injury to Plaintiff, Richard D. Dillinger, and the Plaintiff demands judgment against the Defendant, Center Point Terminal J&W, LLC, jointly and severally, for the following relief and damages:

a. Compensatory damages for past, present and future medical and life care expenses, lost wages, loss of earning capacity and all other special damages and loss of services in a fair and just amount determined by a jury;

b. General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, loss of society, service and companionship, loss of enjoyment of life and emotional distress in a fair and just amount determined by a jury;

c. Pre-judgment and post-judgment interest;

d. Costs and attorney fees expended in this action; and

e. Any other further general or specific relief which the Court or jury may deem just or proper.

**A JURY TRIAL IS DEMANDED**

## COUNT IV: NEGLIGENCE

### _Richard D. Dillinger v. Center Point Terminal Company, LLC_

24. Paragraphs 1 through 23 are incorporated by reference.

25. Defendant, Center Point Terminal Company, LLC, was negligent, careless, grossly negligent and reckless by among other things:

a. In failing to properly inspect, repair and maintain the surface of the aforesaid delivery roadway adjacent to the loading dock of the Apex Terminal and to keep the same free from dangerous conditions, including loose black gravel, which was subject to forming holes or potholes in the aforesaid roadway;

b. In creating and allowing a dangerous condition, to wit, a pothole or hole in the delivery roadway adjacent to the loading dock at the aforesaid Apex Terminal, which Defendant knew, or should have known, was a falling hazard for oil delivery drivers such as Plaintiff walking thereon;

    c.    In failing to correct the situation caused by a hole or pothole formed in the loose black gravel of the delivery roadway adjacent to the loading dock of the aforesaid Apex Terminal which would have prevented the Plaintiff from falling to the surface of the aforesaid delivery roadway;

    d.    In failing to provide a safe pathway around the dangerous condition, namely, a hole or pothole of loose black gravel located in the delivery roadway adjacent to the loading dock of Defendant Apex Terminal;

    e.    In failing to post signage or cordon off the affected area alerting those individuals such as Plaintiff who delivered crude oil to the aforesaid Apex Terminal of the condition of the aforesaid delivery roadway and;

    f.    In failing to do all necessary acts to provide for the Plaintiff's safety.

26. Said negligence, carelessness, gross negligence and/or recklessness of Defendant was a direct and proximate cause of Plaintiff's fall and resulting injury and damages.

27. As a direct and proximate result of Defendant's negligence, carelessness, gross negligence and/or recklessness, Plaintiff, Richard D. Dillinger, suffered serious permanent physical injuries, mental anguish, lost wages, loss of earning capacity and loss of capacity to enjoy life and will continue to suffer said damages in the future.

WHEREFORE, the above-described conduct of Defendant, Center Point Terminal Company, LLC, has directly and proximately caused injury to Plaintiff, Richard D. Dillinger, and the Plaintiff demands judgment against the Defendant, Center Point Terminal Company, LLC, jointly and severally, for the following relief and damages:

    a.    Compensatory damages for past, present and future medical and life care expenses, lost wages, loss of earning capacity and all other special damages and loss of services in a fair and just amount determined by a jury;

    b.    General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, loss of society, service and

companionship, loss of enjoyment of life and emotional distress in a fair and just amount determined by a jury;

c.      Pre-judgment and post-judgment interest;

d.      Costs and attorney fees expended in this action; and

e.      Any other further general or specific relief which the Court or jury may deem just or proper.

## A JURY TRIAL IS DEMANDED

### COUNT V:  NEGLIGENCE

### *Richard D. Dillinger v. John Doe(s)*

28.      Plaintiff incorporates Paragraphs 1 through 27 above as if set forth at length herein.

29.      The Defendant, John Doe(s), was negligent, careless, grossly negligent and reckless by among other things:

30.      Said negligence, carelessness, gross negligence and/or recklessness of the Defendant were the direct and proximate cause of Plaintiff's fall and resulting injuries and damages.

a.      In failing to properly inspect, repair and maintain the surface of the aforesaid delivery roadway adjacent to the loading dock of the Apex Terminal and to keep the same free from dangerous conditions, including loose black gravel, which was subject to forming holes or potholes in the aforesaid roadway;

b.      In creating and allowing a dangerous condition, to wit, a pothole or hole in the delivery roadway adjacent to the loading dock at the aforesaid Apex Terminal, which Defendant knew, or should have known, was a falling hazard for oil delivery drivers such as Plaintiff walking thereon;

c.      In failing to correct the situation caused by a hole or pothole formed in the loose black gravel of the delivery roadway adjacent to the loading dock of the aforesaid Apex Terminal which would have prevented the Plaintiff from falling to the surface of the aforesaid delivery roadway;

    d.    In failing to provide a safe pathway around the dangerous condition, namely, a hole or pothole of loose black gravel located in the delivery roadway adjacent to the loading dock of Defendant Apex Terminal;

    e.    In failing to post signage or cordon off the affected area alerting those individuals such as Plaintiff who delivered crude oil to the aforesaid Apex Terminal of the condition of the aforesaid delivery roadway and;

    f.    In failing to do all necessary acts to provide for the Plaintiff's safety.

31.   As a direct and proximate result of the Defendant's negligence, carelessness, gross negligence and/or recklessness, the Plaintiff, Richard D. Dillinger, suffered serious permanent physical injuries, mental anguish, lost wages, loss of earning capacity and loss of capacity to enjoy life, and will continue to suffer said damages in the future.

WHEREFORE, the above-described conduct of the Defendant, John Doe(s), has directly and proximately caused injury to the Plaintiff, Richard D. Dillinger, and the Plaintiff demands judgment against the Defendant, John Doe(s), jointly and severally for the following relief and damages:

    a.    Compensatory damages for past, present and future medical and life care expenses, lost wages, loss of earning capacity and all other special damages and loss of services in a fair and just amount determined by a jury;

    b.    General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, loss of society, service and companionship, loss of enjoyment of life and emotional distress in a fair and just amount determined by a jury;

    c.    Pre-judgment and post-judgment interest;

    d.    Costs and attorney fees expended in this action; and

    e.    Any other further general or specific relief which the Court or jury may deem just or proper.

**A JURY TRIAL IS DEMANDED.**

### COUNT V:   LOSS OF CONSORTIUM

### _Michelle L. Dillinger v. Petroleum Fuel & Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal Company, LLC, Apex Oil Company, Inc. and John Doe(s)_

32.    Plaintiff incorporates Paragraphs 1 through 31 above as if set forth at length herein.

33.    Plaintiff-wife, Michelle L. Dillinger, is living with, residing with and married to the Plaintiff, Richard D. Dillinger.

34.    As the sole, direct and proximate result of the injuries sustained by the Plaintiff, Richard D. Dillinger, as is set forth with more particularity here and above, the Plaintiff-wife, Michelle L Dillinger, has been deprived of the company and consortium of her husband and has been obligated to undertake numerous tasks on his behalf since he has been unable to act as he had prior to sustaining the injuries above-referenced.

WHERFORE, Plaintiff, Michelle L. Dillinger, prays for judgment against the Defendants, Petroleum Fuel & Terminal Company, Central Point Terminal J&W, LLC, Central Point Terminal Company, LLC, Apex Oil Company, Inc. and John Doe(s), jointly and severally, in the amount in excess of the minimal jurisdictional limits plus interest and costs and asks further relief as a court or jury may find.

**JURY TRIAL IS DEMANDED ON ALL ISSUES.**

Respectfully Submitted,

_____

James A. Villanova, Esquire
WV I.D. No.: 7120
Michael E. Metro, Esquire
WV. I.D. No.: 9590

Villanova Law Offices, P.C.
16 Chatham Square
Pittsburgh, PA 15219
(412) 471-1933
(412) 471-2733 (Fax)
Villanova.law.offices@gmail.com

# COVER SHEET

E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BROOKE COUNTY WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

**First Plaintiff:**
☐ Business   ☑ Individual
☐ Government   ☐ Other

**First Defendant:**
☑ Business   ☐ Individual
☐ Government   ☐ Other

**Judge:**   Ronald E. Wilson

## COMPLAINT INFORMATION

**Case Type:** Civil                **Complaint Type:** Real Property

**Origin:**   ☑ Initial Filing   ☐ Appeal from Municipal Court   ☐ Appeal from Magistrate Court

**Jury Trial Requested:**   ☑ Yes   ☐ No      **Case will be ready for trial by:** 12/31/2022

**Mediation Requested:**   ☐ Yes   ☑ No

**Substantial Hardship Requested:** ☐ Yes   ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

☐ Wheelchair accessible hearing room and other facilities

☐ Interpreter or other auxiliary aid for the hearing impaired

☐ Reader or other auxiliary aid for the visually impaired

☐ Spokesperson or other auxiliary aid for the speech impaired

☐ Other:

☐ I am proceeding without an attorney

☑ I have an attorney:   James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

# SERVED PARTIES

| | |
|---|---|
| **Name:** | Petroleum Fuel and Terminal Company |
| **Address:** | 5098 Washington Street W STE. 407, Charleston WV 25313 |
| **Days to Answer:** 30 | **Type of Service:** Plaintiff - Secretary of State |

| | |
|---|---|
| **Name:** | Apex Oil Company |
| **Address:** | 5098 Washington Street W Ste. 407, Charleston WV 25313 |
| **Days to Answer:** 30 | **Type of Service:** Plaintiff - Secretary of State |

| | |
|---|---|
| **Name:** | Central Point Terminal J&W, LLC |
| **Address:** | 5098 Washington Street W Ste. 407, Charleston WV 25313 |
| **Days to Answer:** 30 | **Type of Service:** Plaintiff - Secretary of State |

| | |
|---|---|
| **Name:** | Central Point Terminal Company, LLC |
| **Address:** | 5098 Washington Street W Ste. 407, Charleston WV 25313 |
| **Days to Answer:** 30 | **Type of Service:** Plaintiff - Secretary of State |

| | |
|---|---|
| **Name:** | John Doe(s) |
| **Address:** | |
| **Days to Answer:** N/A | **Type of Service:** No Service |

# SUMMONS

E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
## Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Petroleum Fuel and Terminal Company, 5098 Washington Street W, STE. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR
DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR
HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to
_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Apex Oil Company, 5098 Washington Street W, Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to

_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
| Date | Server's Signature |

# SUMMONS

E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:     Plaintiff - Secretary of State

NOTICE TO:    Central Point Terminal J&W, LLC, 5098 Washington Street W, Ste. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to _____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 11/3/2021 3:29 PM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:   Plaintiff - Secretary of State

NOTICE TO:   Central Point Terminal Company, LLC, 5098 Washington Street W, Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to

_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



FILED | 1/3/2022 11:17 AM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8883
**Visit us online:**
www.wvsos.com

BROOKE COUNTY COURT CLERK OF THE CIRCUIT
COURT
PO BOX 474
Wellsburg, WV 26070-0474

| | |
|---|---|
| **Control Number:** 285371 | **Agent:** C. T. Corporation System |
| **Defendant:** CENTER POINT TERMINAL J&W, LLC | **County:** Brooke |
| 5098 WEST WASHINGTON STREET | **Civil Action:** 21-C-74 |
| SUITE 407 | **Certified Number:** 92148901125134100003378529 |
| CHARLESTON, WV 25313 US | **Service Date:** 12/22/2021 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this
document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

# SUMMONS



## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Central Point Terminal J&W, LLC, 5098 Washington Street W, Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to _____ , a member of the individual's family who is above the age of sixteen (16) years and by advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

FILED | 1/3/2022 11:25 AM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

BROOKE COUNTY COURT CLERK OF THE CIRCUIT
COURT
PO BOX 474
Wellsburg, WV 26070-0474

| | |
|---|---|
| **Control Number:** 285372 | **Agent:** C. T. Corporation System |
| **Defendant:** CENTER POINT TERMINAL COMPANY, LLC 5098 WEST WASHINGTON STREET SUITE 407 CHARLESTON, WV 25313 US | **County:** Brooke |
| | **Civil Action:** 21-C-74 |
| | **Certified Number:** 92148901125134100003378536 |
| | **Service Date:** 12/22/2021 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Mac Warner

Mac Warner
Secretary of State

**SUMMONS**



## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:   Plaintiff - Secretary of State

NOTICE TO:   Central Point Terminal Company, LLC, 5098 Washington Street W, Ste. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR
DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR
HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
| --- | --- |
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to
_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
| --- | --- |
| Date | Server's Signature |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



FILED | 1/3/2022 11:33 AM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
888-767-8683
**Visit us online:**
www.wvsos.com

BROOKE COUNTY COURT CLERK OF THE CIRCUIT
COURT
PO BOX 474
Wellsburg, WV 26070-0474

**Control Number:** 285373

**Defendant:** APEX OIL COMPANY, INC.
5098 WEST WASHINGTON STREET
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** Brooke

**Civil Action:** 21-C-74

**Certified Number:** 92148901125134100003378543

**Service Date:** 12/22/2021

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this
document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Mac Warner

Mac Warner
Secretary of State

# SUMMONS



## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Apex Oil Company, 5098 Washington Street W, Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to

_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| Date | Server's Signature |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



FILED | 1/3/2022 11:41 AM
CC-05-2021-C-74
Brooke County Circuit Clerk
Glenda Brooks

**Mac Warner**
Secretary of State
State of West Virginia
Phone:  304-558-6000
         886-767-8683
**Visit us online:**
www.wvsos.com

BROOKE COUNTY COURT CLERK OF THE CIRCUIT
COURT
PO BOX 474
Wellsburg, WV 26070-0474

| | |
|---|---|
| **Control Number:** 285374 | **Agent:** C. T. Corporation System |
| **Defendant:** PETROLEUM FUEL & TERMINAL COMPANY<br>5098 WEST WASHINGTON STREET<br>SUITE 407<br>CHARLESTON, WV 25313 US | **County:** Brooke<br>**Civil Action:** 21-C-74<br>**Certified Number:** 92148901125134100003378550<br>**Service Date:** 12/22/2021 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

# SUMMONS



## IN THE CIRCUIT OF BROOKE WEST VIRGINIA
### Richard D Dillinger v. Petroleum Fuel and Terminal Company

Service Type:    Plaintiff - Secretary of State

NOTICE TO:   Petroleum Fuel and Terminal Company, 5098 Washington Street W, STE. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR
DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR
HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

James Villanova, 16 Chatham Sq, Pittsburgh, PA 15219

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 11/3/2021 3:29:31 PM | /s/ Glenda Brooks |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to
_____ , a member of the individual's family who is above the age of sixteen (16) years and by

advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |